UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re: )
)  **Chapter 13**
) **Case No. 99-40365**
**MADDEN, LEE JAMES** )
**MADDEN, CINDY JOAN** )  **TURNOVER OF FUNDS**
)  **TO THE CLERK**
)
_____Debtor(s) )

**FEE PAID**
**RCPT #** 65039

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1. The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

**NAME & ADDRESS OF CREDITOR**                **AMOUNT NOT DISBURSED**

TOTAL:

2. The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. Section 347(a).

| **NAME & ADDRESS OF CREDITOR** | **CHECK NO.** | **DATED** | **AMOUNT** |
|---|---|---|---|
| SANTA BARBARA BANK & TRUST<br>ACCOUNT #2-2247-1<br>PO BOX 1199<br>SANTA BARBARA, CA 93102-1199 | 1044665 | 11-18-99 | 2,275.90 |

**TOTAL AMOUNT REMITTED: 2,275.90**

Dated: November 18, 1999

_____
Trustee

76